# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/14/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00111SOM |
| CASE NAME: | USA vs. (02) Conrad Silva |
| ATTYS FOR PLA: | Thomas Koenig<br>Frank Condello (USPO) |
| ATTYS FOR DEFT: | 02 Donna Gray |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 7/14/2006 | TIME: | 3:00 - 3:30 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant (02) Conrad Silva present and in custody.

Defendant admits to violation nos. 1 - 4.

Government withdraws violation no. 5.

Court finds that there is sufficient evidence to support violations 1 - 4, and the defendant has not met the conditions of supervised release.

Supervised release is revoked.

Allocution by the Defendant.

ADJUDGED:

Imprisonment: 7 Months as to each of Counts 1 and 2, all terms to run concurrently.

Supervised Release: 60 Months as to each of Counts 1 and 2, all terms to run concurrently.

CONDITIONS:

▸ That the defendant shall abide by the standard conditions of supervision.

▸ That the defendant not commit any crimes, federal, state, or local (mandatory condition).

▸ That the defendant not possess illegal controlled substances (mandatory condition)

▸ That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

▸ That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

▸ That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

▸ That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

▸ Without the prior approval of the Probation Office, the defendant shall not enter the area which is bordered by Dillingham Boulevard, Waiakamilo Street, Kalihi Street, and King Street, as depicted in the map to be attached to the Judgment.

▸ That the defendant is prohibited from the possession and use of alcohol.

Defendant advised of his right to appeal

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.