ORIGINAL

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

THOMAS C. KOENIG
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
tkoenig@HI-HIDTA.ORG

Attorneys for Plaintiff
UNITED STATES OF AMERICA

LODGED
MAY 08 2008
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 12 2008
at 8 o'clock and 00 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00111 SOM |
|---|---|---|
| Plaintiff, | ) | APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. | ) | |
| CONRAD SILVA, | ) | |
| Defendant. | ) | |

APPLICATION AND ORDER FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW the UNITED STATES OF AMERICA, by the United States Attorney, and represents and shows:

That there is now detained in the Halawa Correctional Facility, 99-902 Moanalua Highway, Aiea, Hawaii 96701, in the custody of the Warden thereof, the defendant CONRAD SILVA in the above-entitled case, which case will be called for An Order to Show Cause Why Supervised Release Should Not Be Revoked on May 20, 2008, at 9:00 a.m., and that it is necessary to have said defendant present in the courtroom of the Honorable Susan Oki Mollway, United States District Judge, United States Courthouse,

300 Ala Moana Boulevard, Honolulu, Hawaii; in order to secure the presence of defendant it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding said Warden to produce said defendant to the United States Marshal in order to procure his presence in said courtroom on said date, and at such other dates as may be necessary until termination of the criminal charges now pending against the defendant.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum out of and under the seal of this Court, directed to said Warden commanding him to have and produce the above-named defendant to the United States Marshal, in order to procure defendant's presence before the Honorable Susan Oki Mollway in said courtroom, on said date and time, and from day to day thereafter as may be necessary; the United States Marshal shall retain custody of defendant and at the termination of the criminal charges now pending against defendant return him to the Halawa Correctional Facility.

DATED: _____, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Thomas C. Koenig
THOMAS C. KOENIG
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA