O R D E R

Upon reading and filing the foregoing Application in that behalf;

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as prayed for herein;

DATED: Honolulu, Hawaii, _____5/9/08_____.

_____
UNITED STATES MAGISTRATE JUDGE


United States v. Conrad Silva
Cr. No. 00-00111 SOM
Application and Order for Writ of
Habeas Corpus Ad Prosequendum

3