EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

THOMAS C. KOENIG
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
tkoenig@HI-HIDTA.ORG

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00111 SOM |
| Plaintiff, | ) ) ) | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. | ) ) | |
| CONRAD SILVA, | ) ) ) | |
| Defendant. | ) ) | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: The Warden, Halawa Correctional Facility, 99-902 Moanalua Highway, Aiea, Hawaii 96701; and to the United States Marshal for the District of Hawaii, or his assistant.

G R E E T I N G S

We command that you, the Warden, Halawa Correctional Facility, Aiea, Hawaii, produce the body of CONRAD SILVA, now in your custody to the United States Marshal, District of Hawaii, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, and further that the United States Marshal upon taking custody of said defendant produce said defendant before the Honorable Susan Oki Mollway, United States District Judge, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on

May 20, 2008 at 9:00 a.m. for an Order to Show Cause Why Supervised Release Should Not Be Revoked of said defendant, and also at such other times as may be ordered by this Court, and have you then and there this Writ.

Custody of said CONRAD SILVA shall remain with the United States Marshal. The delivery of the body of said CONRAD SILVA by the United States Marshal to the courtroom of the Honorable Susan Oki Mollway as aforesaid until termination of the criminal charges now pending against defendant and the return by the United States Marshal of said CONRAD SILVA to the custody of the Halawa Correctional Facility, shall be deemed sufficient compliance with this Writ.

WITNESS the Honorable LESLIE E. KOBAYASHI Magistrate of the United States District Court for the District of Hawaii.

DATED: MAY 1 2 2008 , at Honolulu, Hawaii.

SUE BEITIA, Clerk
United States District Court
for the District of Hawaii

_____
DEPUTY CLERK

United States v. Conrad Silva
Cr. No. 00-00111 SOM
"Writ of Habeas Corpus Ad Prosequendum"