# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 00-00111SOM |
| CASE NAME: | USA vs. (02) Conrad Silva |
| ATTYS FOR PLA: | Thomas Koenig<br>Frank Condello (USPO) |
| ATTYS FOR DEFT: | 02 Todd Eddins |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 5/20/2008 | TIME: | 9:00 - 9:25 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant (02) Conrad Silva present and in custody.

Defendant admits to all 5 violations.

Court finds that there is sufficient evidence to support the violations and the defendant has not met the conditions of supervision.

Allocution by Defendant.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 24 Months as to each of Counts 1 and 2, all terms to run concurrently and consecutively to the term of imprisonment the offender is now serving in CR. No. 07-1-1402 imposed on 4/15/08 in the First Circuit Court, State of Hawaii.

No further Supervised Release imposed.

Defendant advised of his right to appeal.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.