ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 22 2008

at 9 o'clock and 15 min. W M.
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **CONRAD SILVA** | Criminal Number: 1:00CR00111-001 |
| (Defendant's Name) | USM Number: 87601-022 |
| | Todd Eddins Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of conditions   General Condition; Standard Condition Nos. 3 and 6 and Special Condition Nos. 1 and 4   of the term of supervision.

[ ] was found in violation of condition(s) _____ after denial or guilt.

| | | Date Violation |
|---|---|---|
| **Violation Number** | **Nature of Violation** | **Occurred** |
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   **8532**

Defendant's Residence Address:
**Honolulu, HI 96813**

Defendant's Mailing Address:
**Honolulu, HI 96813**

MAY 20, 2007
Date of Imposition of Sentence

_/s/ Susan Oki Mollway_
Signature of Judicial Officer

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

MAY 21 2008
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet 1

CASE NUMBER:     1:00CR00111-001                                             Judgment - Page 2 of 3
DEFENDANT:       CONRAD SILVA

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject pled guilty to State of Hawaii offenses; Count 1: Promoting a Dangerous Drug in the Second Degree; Count 2: Unlawful Use of Drug Paraphernalia; and Count 3: Promoting a Detrimental Drug in the Third Degree | 1/23/08 |
| 2 | Subject was in possession of 13 bottles of beer | 7/26/07 |
| 3 | Subject refused to comply with drug testing | 3/7/07 3/26/07 and 5/16/07 |
| 4 | Subject failed to notify the Probation Officer ten (10) days prior to any change in residence | |
| 5 | Subject failed to truthfully answer all inquiries by the Probation Officer, when he denied owning a cellular phone | |

AO 245B  (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:00CR00111-001 | Judgment - Page 3 of 3 |
| DEFENDANT: CONRAD SILVA | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: TWENTY FOUR (24) MONTHS

This term consists of TWENTY FOUR (24) MONTHS as to each of Counts 1 and 2, all terms to run concurrently and consecutively to the term of imprisonment the offender is now serving in CR No. 07-1-1402 imposed on 4/15/08 in the First Circuit Court, State of Hawaii

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before _ on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal